IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ANDREW H. WHITE,
    Plaintiff,

v.                         Civil No. 2:02cv13

PENDLETON NURSING HOME, INC., et al,
    Defendants.

ORDER

It appearing to the Court that the issues in this case have been resolved and the case has been stricken from the docket of this Court, it is therefore ORDERED that the bond posted by the plaintiff in this matter in the amount of one hundred dollars ($100.00) be released by the Clerk and forwarded to counsel for the plaintiff, Busch & Talbott, P.O. Box 1819, Elkins, WV 26241.

Entered: March 5, 2008

                                              Irene M. Keeley
                                              United States District Judge

FILED MAR 5 2008
U.S. DISTRICT COURT
CLARKSBURG, WV 26301